

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2015

No. 04-14-00919-CV

**IN THE INTEREST OF D.B.T.,** et al,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02726
Honorable Michael E. Mery, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on February 12, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court